

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Kimberly Sueanne Drake, Appellant

No. 06-22-00059-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 29024). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the nunc pro tunc judgment of the court below. We affirm the nunc pro tunc judgment of the trial court.

We note that the appellant, Kimberly Sueanne Drake, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 11, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk